UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAYNE LEE STEVENS,                 Case No. 4:04-CV-71

       Petitioner,                     Hon. Richard Alan Enslen

v.

MICHIGAN DEPARTMENT
OF CORRECTIONS,

                                      **FINAL ORDER**

       Respondent.       /

In accordance with the Opinion issued on this date:

**IT IS HEREBY ORDERED** that Petitioner Wayne Lee Stevens' Objections (Dkt. No. 39) are **DENIED** and the Report and Recommendation (Dkt. No. 34) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Petitioner Wayne Lee Stevens' Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner is **DENIED** a certificate of appealability as to all issues asserted in his Petition.

                                  /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:         RICHARD ALAN ENSLEN
      July 16, 2007                 SENIOR UNITED STATES DISTRICT JUDGE